

FILED
CLERK, U.S. DISTRICT COURT
2/13/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, successor by merger to Essex Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC AG INC.; PETER HOLLADAY; LEVI HOLLADAY; BURRTEC WASTE GROUP, INC.,<br><br>Defendants. | Case No. 2:17-CV-08762-JAK-MRW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 11, 2019<br>Trial Date: September 8, 2020 |

This matter having come before the Court on the stipulation for dismissal with prejudice of Plaintiff Evanston Insurance Company and Defendants Organic Ag Inc., Peter Holladay, Levi Holladay, and Burrtec Waste Group, Inc., and good cause appearing, the Court hereby dismisses this case, with prejudice, as to all parties and all claims for relief and with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
John A. Kronstadt
United States District Court